# Court of Appeals
# of the State of Georgia

ATLANTA,  May 06, 2025

*The Court of Appeals hereby passes the following order:*

**A25A0340.  HENDRICKS v. HILL et al.**

Appellees filed a complaint for the partition of a piece of real property in which Appellant resided. After two years of litigation, the trial court signed and entered a Consent Order presumably memorializing the parties' agreement to the equitable partition of the real property. However, counsel for Appellant filed a motion to vacate the consent order, arguing, among other things, that he "did not give permission for his electronic signature on such order." Appellees filed a response in opposition to the motion to vacate but, before the trial court ruled on the motion, Appellant filed a notice of appeal to this Court. Appellant argues on appeal, as she did in her motion to vacate, that the trial court erred by signing and filing the Consent Order because the order was entered without Appellant's consent. However, "this Court cannot address any issue on which the trial court did not rule." *Findley v. City of Atlanta*, 345 Ga. App. 649, 652 (2) (814 SE2d 781) (2018).  Accordingly, we remand this case for the trial court to consider the issues raised in Appellant's motion to vacate.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  05/06/2025

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*